GILBERTO ALMADA, Respondent, v. MARKT & SCHAEFER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present.— Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

CROWN EMBROIDERY WORKS, Respondent, v. RUDOLPH SCHREIBER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

EURIPIDE COMNINAKI and Another, Doing Business under the Firm Name, etc., Respondents, v. FRANK F. BOULTON and ALBERT W. BOULTON, Appellants, and ALEXANDER H. ERICKSON, Defendant, Doing Business under the Firm Name of " FEDERAL LINE."— Order affirmed, with ten dollars costs and disbursements. Date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

NATIONAL GUM AND MICA COMPANY, Appellant, Respondent, v. GENERAL ADHESIVE MANUFACTURING COMPANY, Respondent, Appellant.— Order modified on defendant's appeal by striking out item 9 of the original order for examination, as follows: " To prove all other facts set forth in the complaint and denied by defendant in its answer;" and on plaintiff's appeal by striking out from the order of November 28, 1919, all after the words " remain in full force and effect," thus removing the limitation to a time subsequent to the employment of John Brennan by defendant. As so modified the order is affirmed, without costs; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

ANNA GOTTEHRER v. MAX GOTTEHRER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

KATHERINE McMAGH v. WALTER J. FENSTERER and Others.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

DAVID SCHLEIN v. PUBLIC NATIONAL BANK OF NEW YORK.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

HARRY ORGEL v. MAX GOLDSMITH and Others.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.